1  BENJAMIN B. WAGNER
   United States Attorney
2  BOBBIE J. MONTOYA
   Assistant United States Attorney
3  Eastern District of California
   501 I Street, Suite 10-100
4  Sacramento, CA  95814-2322
   Telephone:  (916) 554-2775
5  Facsimile:  (916) 554-2900
   email: bobbie.montoya@usdoj.gov
6

7  Attorneys for Petitioner United States of America

8            **IN THE UNITED STATES DISTRICT COURT**

9            **EASTERN DISTRICT OF CALIFORNIA**

10

11  UNITED STATES OF AMERICA,              **2:15-MC-00088-MCE-KJN**

12                          Petitioner,    **ORDER TO SHOW CAUSE**
                                           **RE: TAX SUMMONS ENFORCEMENT**
13              v.
                                           **Taxpayer:  ROBERT E. O'NEAL**
14  ROBERT E. O'NEAL,
                                           **Date:  Thursday, October 22, 2015**
15                          Respondent.    **Time:  10:00 a.m.**
                                           **Crtm:  25- 8th Floor**
16  _____

17

18       Upon the petition of BENJAMIN B. WAGNER, United States Attorney for the Eastern

19  District of California, including the verification of Revenue Officer JOSE ARTEAGA, and the

20  Exhibit attached thereto, it is hereby:

21       ORDERED that the Respondent, ROBERT E. O'NEAL, appear before United States

22  Magistrate Judge Kendall J. Newman, in that Magistrate Judge's courtroom in the United States

23  Courthouse, 501 I Street, Sacramento, California, on October 22, 2015, at 10:00 a.m., to show

24  cause why the respondent should not be compelled to obey the IRS summons issued on

25  February 13, 2015.

26  / / /

27  / / /

28  / / /

ORDER TO SHOW CAUSE                    1
RE:  TAX SUMMONS ENFORCEMENT

It is further ORDERED that:

1.      The United States Magistrate Judge will preside, under 28 U.S.C. Section 636(b)(1) and Local Rule 72-302(c)(9), at the hearing scheduled above.  After hearing, the Magistrate Judge intends to submit proposed findings and recommendations under Local Rule 304(a), with the original thereof filed by the Clerk and a copy provided to all parties.

2.      Under Fed. R. Civ. P. 4(c)(1), the Court hereby appoints the investigating IRS employee, and all federal employees designated by that employee, to serve process in this case.

3.      To afford the respondent an opportunity to respond to the petition and the petitioner an opportunity to reply, a copy of this order, the Petition and its Exhibit, and the Points and Authorities, shall be served by delivering a copy to the respondent personally, or by leaving a copy at the respondent's dwelling house or usual place of abode with some person of suitable age and discretion then residing therein, or by any other means of service permitted by Fed. R. Civ. P. 4(e), at least 30 days before the show cause hearing date including any continued date, unless such service cannot be made despite reasonable efforts.

4.      Proof of any service done under paragraph 3, above, shall be filed with the Clerk as soon as practicable.

5.      If the federal employee assigned to serve these documents is not reasonably able to serve the papers as provided in paragraph 3, petitioner may request a court order granting leave to serve by other means.  *See* Fed. R. Civ. P. 81(a)(5).  The request shall detail the efforts made to serve the respondent.

6.      The file reflects a *prima facie* showing that the investigation is conducted pursuant to a legitimate purpose, that the inquiry may be relevant to that purpose, that the information sought is not already within the Commissioner's possession, and that the administrative steps required by the Code have been followed.  *See United States v. Powell*, 379 U.S. 48, 57-58 (1964).  The burden of coming forward therefore has shifted to whoever might oppose enforcement.

7.      If the respondent has any defense or opposition to the petition, such defense or opposition shall be made in writing and filed with the Clerk and a copy served on the United

1  States Attorney at least 10 days before the show cause hearing date including any continued

2  date.

3       8.     At the show cause hearing, the Magistrate Judge intends to consider the issues

4  properly raised in opposition to enforcement.  Only those issues brought into controversy by the

5  responsive pleadings and supported by affidavit will be considered.  Any uncontested allegation

6  in the petition will be considered admitted.

7       9.     The respondent may notify the Court, in a writing filed with the Clerk and served

8  on the United States Attorney at least 10 days before the date set for the show cause hearing,

9  that the respondent has no objections to enforcement of the summons.  The respondent's

10  appearance at the hearing will then be excused.

11

12  Dated:  August 18, 2015

13

14  _____
    KENDALL J. NEWMAN
15  UNITED STATES MAGISTRATE JUDGE

16

17

18

19

20

21

22

23

24

25

26

27

28

ORDER TO SHOW CAUSE                    3
RE:  TAX SUMMONS ENFORCEMENT