BENJAMIN B. WAGNER
United States Attorney
BOBBIE J. MONTOYA
Assistant United States Attorney
Eastern District of California
501 I Street, Suite 10-100
Sacramento, CA  95814-2322
Telephone:  (916) 554-2775
Facsimile:   (916) 554-2900
email: bobbie.montoya@usdoj.gov

Attorneys for Petitioner United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Petitioner,<br><br>v.<br><br>ROBERT E. O'NEAL,<br><br>Respondent. | 2:15-MC-00088-MCE-KJN<br><br>**PETITIONER'S REQUEST FOR CONTINUANCE OF ORDER TO SHOW CAUSE HEARING AND [~~PROPOSED~~] ORDER**<br><br>**OLD HEARING DATE**<br><br>Date:   Thursday, October 22, 2015<br>Time:   10:00 a.m.<br>Ctrm:   25 – 8th Floor<br><br>**NEW HEARING DATE**<br><br>Date:   Thursday, December 3, 2015<br>Time:   10:00 a.m.<br>Ctrm:   25 – 8th Floor |

Petitioner, the UNITED STATES OF AMERICA, hereby requests that the Court grant a continuance of the Order to Show Cause Hearing Re: Tax Summons Enforcement currently scheduled for Thursday, October 22, 2015, at 10:00 a.m., in Courtroom No. 25, before the Honorable Kendall J. Newman.  The additional time is needed:  (1) to make further attempts of service upon the respondent, Robert E. O'Neal; and (2) to have sufficient time to file an ex parte Motion for Alternate Service of Process because all previous attempts at service have failed.  A proposed Order is submitted herewith.

|   |   |   |
|---|---|---|
|   |   | Respectfully submitted, |
| DATED: September 24, 2015 |   | BENJAMIN B. WAGNER<br>United States Attorney |
|   | By: | */s/ Bobbie J. Montoya*<br>BOBBIE J. MONTOYA<br>Assistant U.S. Attorney |
|   |   | Attorneys for Petitioner<br>United States of America |

## ORDER

Based on the request of Petitioner for additional time in order to serve Respondent, the Order to Show Cause hearing, currently set for October 22, 2015, at 10:00 a.m., is continued to Thursday, December 3, 2015, at 10:00 a.m., in Courtroom No. 25.

IT IS SO ORDERED.

Dated: September 24, 2015

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE