PHILLIP A. TALBERT
United States Attorney
BOBBIE J. MONTOYA
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone:  (916) 554-2775
Facsimile:  (916) 554-2900
Email:  Bobbie.Montoya@usdoj.gov

Attorneys for Petitioner United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                     Petitioner,<br><br>      v.<br><br>ROBERT E. O'NEAL,<br><br>                     Respondent. | 2:15-mc-00088-MCE-KJN<br><br>**ORDER TO SHOW CAUSE RE: CIVIL CONTEMPT**<br><br>Date:  Thursday, February 9, 2017<br>Time:  2:00 p.m.<br>Crtm:  7, 14th Floor<br>Hon. Judge Morrison C. England, Jr. |

   Upon the Petition of PHILLIP A. TALBERT, United States Attorney for the Eastern District of California, including the Declaration of Revenue Officer Jose Arteaga, it is hereby:

   ORDERED that the Respondent, ROBERT E. O'NEAL, appear before United States District Judge Morrison C. England, Jr., in that Judge's courtroom in the United States Courthouse, 501 I Street, Sacramento, California, 95814, on Thursday, February 9, 2017, at 2:00 p.m., and that Respondent show cause as follows:

   1.   Why Respondent, ROBERT E. O'NEAL, should not be held in civil contempt of this Court for his failure to comply with the Order filed January 15, 2016, CR 16, directing Respondent to comply with the I.R.S. Summons issued on February 13, 2015.

2. Why the Respondent should not be incarcerated and ordered to pay a daily fine until he complies with the Order, and ordered to pay a compensatory fine to the United States.

IT IS FURTHER ORDERED that within seven (7) calendar days after the filing of this Order, the Respondent shall file and serve a written Response to the Order Adopting Findings and Recommending Enforcement of Internal Revenue Summons filed January 15, 2016, CR-16. Only those issues brought into controversy by the responsive papers and supported by declaration will be considered at the hearing on this Order, and any uncontested allegation in the Petition will be considered admitted.

Respondent is hereby notified that a failure to comply with the Order will subject Respondent to possible further sanctions for contempt of Court.

IT IS SO ORDERED.

Dated: January 18, 2017

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE