|   |   |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:15-mc-00088-MCE-KJN |
| Plaintiff, | |
| v. | **NON-RELATED CASE ORDER** |
| ROBERT E. O'NEAL, | |
| Defendant, | |
| UNITED STATES OF AMERICA, | No. 2:19-cv-02406-TLN-CKD |
| Plaintiff, | |
| v. | |
| ROBERT E. O'NEAL, | |
| Defendant, | |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

The Court received the Notices of Related Cases filed on April 4, 2019. See Local Rule 123, E.D. Cal. (1997). The Court has determined, however, that it is inappropriate to relate or reassign the cases, and therefore declines to do so.

///

///

1

This Order is issued for informational purposes only and shall have no effect on the status of the cases, including any previous Related (or Non-Related) Case Order of this Court.

IT IS SO ORDERED.

DATED: December 26, 2019

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE